UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VICKIE WILLIAMSON,
    Plaintiff,

vs.

PRINCETON CITY SCHOOL DISTRICT
BOARD OF EDUCATION,
    Defendant.

Case No. 1:16-cv-791
Bertelsman, J.
Litkovitz, M.J.

ORDER

This matter is before the Court on the parties' Joint Discovery Status Report, Request for Mediation, and Proposed Order Extending Discovery and Dispositive Motion Deadlines. (Doc. 14). The matter is also before the Court on defendant's motion to compel (Doc. 11) and plaintiff's response (Doc. 12).

The parties submitted the joint status report and scheduling requests in response to the Court's Order of July 10, 2017, which directed the parties to file a status report indicating: (1) "the status of the discovery dispute raised by defendant's motion to compel" filed on May 26, 2017 (Doc. 11), and (2) "whether an extension of the discovery and dispositive motion deadlines is warranted given the delays in plaintiff's discovery responses." (Doc. 13). In their joint status report, the parties do not address the status of the discovery dispute raised by defendant's motion to compel as directed by the Court's Order. There is no indication in the joint status report that any outstanding discovery issues remain to be resolved. Defendant's motion to compel (Doc. 11) is therefore **DENIED** as moot.

The parties request that the discovery deadline be extended to September 15, 2017, to allow them to complete the depositions of plaintiff and defendants' representatives. They ask that the case be scheduled for mediation following these depositions and, if mediation is

unsuccessful, that the dispositive motion deadline be extended to February 28, 2018. The Court will grant the parties' joint request to modify the case schedule.

It is therefore **ORDERED** that (1) the discovery deadline is extended to **September 15, 2017**; (2) the dispositive motion deadline is extended to **February 28, 2018**; and (3) by separate Order issued this date, this matter will be referred to Magistrate Judge Stephanie K. Bowman for mediation.

**IT IS SO ORDERED.**

Date: 7/20/17

Karen L. Litkovitz
United States Magistrate Judge